23 CV 1159-V

Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A.   **Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Michael Worthy

FILED NOV 6 2023 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

-vs-

B.   **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Eileen Logsdon, Drug Court
2. Kara Buscaglia, Town Justice
3. Rob Steinhaus
4. _____
5. _____
6. _____

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: arises under Federal Law

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: All partys Resides in Western New York Counties

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Civil Rights Claim

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Michael Worthy
Present Address: 201 Ellicott St. Apt. 238

Name of Second Plaintiff: ___
Present Address: ___

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Eileen Logsdon
Official Position of Defendant (if relevant): Amherst Drug Court Administrator
Address of Defendant: 400 John James Audubon Pkwy Amherst, N.Y. 14228

Name of Second Defendant: Kara Buscaglia
Official Position of Defendant (if relevant): Amherst Town Court Judge
Address of Defendant: 400 John James Audubon Pkwy Amherst, N.Y. 14228

Name of Third Defendant: Rob Steinhaus
Official Position of Defendant (if relevant): Attorney
Address of Defendant: 305 Main St. East Aurora, N.Y. 14052

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes ☐   No ☑

**If Yes, complete the next section.** NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): ___

Defendant(s):_____

_____

2.   Court (if federal court, name the district; if state court, name the county):_____

_____

3.   Docket or Index Number:_____

4.   Name of Judge to whom case was assigned:_____

5.   The approximate date the action was filed:_____

6.   What was the disposition of the case?
    Is it still pending? Yes ☐  No ☐
        If not, give the approximate date it was resolved._____
        Disposition (check those statements which apply):
            ☐ <u>Dismissed</u> (check the statement which indicates why it was dismissed):
                ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
                ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
                ☐ By court due to your voluntary withdrawal of claim;
            ☐ <u>Judgment</u> upon motion or after trial entered for
                ☐ plaintiff
                ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) Feburary 7th, 2017 ,
defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) Eileen Logsdon falsifyed court Records to have me sanctioned to Jail time. and when I complained about what she

3

did the following to me (*briefly state what each defendant named above did*): Was doing I was told to let it go.

The federal basis for this claim is: Title 18 U.S.C., Section 242, U.S. Code 1506

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: To bring charges against Miss Logsdon, where they are warrented and to pay compensation. She has no reguard for the law, She uses the Court for her personal Gratification

**B. SECOND CLAIM:** On (*date of the incident*) 7th of November, 2023, defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Kara Buscaglia, Amherst Town Court Judge, had me picked up on a bogus warrent, that She says ive had since 2017 which did the following to me (*briefly state what each defendant named above did*): is Not true. This case was know to Judge Busaglia in 2017, She knew about my complaint in 2017 because she had me locked up for me complaing about miss Logsdon. Through all of this I completed the program. Judge Buscaglia and Amherst Court has had a copy of my complaint since 2017 along with all proof

The federal basis for this claim is: 18 U.S.C., Section 242, U.S. Code 1506

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: Remove Miss Buscaglia from the Bench, it clear she has total disreguard for the laws she is sworen to uphold. also Pay compensation

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

Thrid Claim: On November 7th, 2023 Mr. Rob Steinhaus my Lawyer in this matter. I told Mr. Steinhause on the 7th of Nov. 2023 that I completed my program and that I had all the proof, he told me to send it to him and he would do a motion to dissmiss once he had the proof. I faxed it to his office on the 9th of Nov. 2023 and I called him to ask when was he going to file the motion, he response was there was nothing he could do, I would have to wait for Sentanceing, so I asked him whats his thoughts on me filing a Federal Complaint in Confidence the next day I get a text from Amherst Court saying that they were Justice Department, and that I could not file in Federal Court, which I had'nt, only asked my Lawyer Rob Stienhaus, which is no longer my attorney.

Federal Basis for this claim is: Title 18 U.S.C. Section 242, U.S. code 1506

What I want the court to do: is bar Mr. Steinhaus from practing Law in N.y. State, also to pay Restitution.

Dated 11/5/23
Michael W———

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

5 million dollars for the mental and Psychological Stress. For having me locked up to satisfie there on personal gratification. 2 million, Judge Buscaglia, 2 million, Miss. Logsdon, 1 million, Mr. Steinhaus

Do you want a **jury trial**? Yes [✓]  No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 11/5/2023
               (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

5

6/12/17

ATTN. Doug Markey

I Michael Worthy is formally filing a compliant against Amherst Drug court and Eileen Logsdon, drug court coordinator, for lying and falsifying court Documents to have me sanctioned. On Feburary 14th, 2017 she showed falsifyed records to Judge showing that on the 7th of Feburary 2017, that my toxicology results Numbers were 61 and on the 14th of Feburary 2017 that I used and they went back up to 135, which they did Not.

I had to retain a Lawyer and she has still not cooperated with him in regvards with providing him with the actuall tox. results tha Medlab laboratorys sent Amherst Drug court.

Attached are copies of the falsifyed report that she showed Judge, also a copy of the actual Drug court report which shows that my toxicology Numbers Never went up at no time. I dont feel comfortable at Amherst Durg court. Mrs. Logsdon keeps giving me hints

to let the matter go.

Michael Worthy
Micko Walla

111 Porter Ave.
Buffalo, N.Y. 14201
Phone: 716-563-2392

# ERIE COUNTY SHERIFF'S OFFICE

10 Delaware Ave.
Buffalo, NY 14202
Phone: (716) 858-7618   Fax: (716) 858-7680

**JOHN C. GARCIA**
SHERIFF
(716) 858-7608



**WILLIAM J. COOLEY**
UNDERSHERIFF
(716) 858-7614

Date: 10·23·2023

To whom it may concern:

This letter will introduce **Worthy, Michael**, date of birth **6·10·1962**.

This person was incarcerated at the Erie County Holding Center / Erie County Correctional Facility on the following dates:
6·17·2017 to 7·5·2017 | 5·24·2017 to 6·6·2017 | 3·9·2017 to 3·10·2017
2·14·2017 to 2·17·2017 | 7·2·2016 to 8·29·2016 | 6·9·2016 to 6·14·2016
4·7·2016 to 4·12·2016 | 3·16·2016 to 3·21·2016

From _____ to _____, then was subsequently released by a Judge or Justice, of the City, Town, Village, County of Erie, Supreme Court, State of New York.

Sincerely,

_____ RC
Records and Booking

JMD 06-002 (06/18)



**New York State Unified Court System**
**Drug Court Treatment Progress Form**

| Date of report: 2/10/17 |
| Report Period Covering : |
| 0 to |
| 0 |

## CLIENT INFO

| Name | Drug of Choice | Date of Admission | Est. Date of Completion | DKt#/SCI# (Court use only) |
|---|---|---|---|---|
| Worthy, Michael | cannabis | Pending first visit 1/9/17 | To be determine | |

## COURT INFO

| Court | Case Manager | Telephone | Fax |
|---|---|---|---|
| Buffalo | Eileen Logsdon | 716 689-4255 | 716 929-9109 |

## TREATMENT AGENCY

| Treatment Agency Name | Type/Modality | Preparer's Signature |
|---|---|---|
| ECMC-Downtown Clinic | Outpatient | Carl Carter |

| Program Counselor | Program Contact | Contact Telephone |
|---|---|---|
| Carl Carter MS, BSW, CASAC | same | 716-961-6965 |

## RECOMMENDATION

☒ Maintain Current Tx. Status
☐ Referral for Additional Services
☐ Consider for Completion
☐ Revise Treatment Plan
☐ Being Considered for Discharge

### TREATMENT SCHEDULE / TREATMENT ATTENDANCE
(p=present, e=excused, a=absent, l=late (attendance not required for residential))

| Month | Days/Wk (check) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| February | M☒ T☐ W☒ T☐ F☐ S☒ | | | | | | p | p | p | p | a | | | | | | |
| # Sessions/wk | # hrs/wk | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |

### TREATMENT AREAS
(NA=not applicable; E=Excellent, G=Good, I=Improved, NI=No improvement)

| Treatment Areas | N/A | E | G | I | NI |
|---|---|---|---|---|---|
| Attitude toward treatment | ☐ | ☐ | ☒ | ☐ | ☐ |
| Stability of Med/Psych Health | ☐ | ☐ | ☒ | ☐ | ☐ |
| Status of Entitlements | ☐ | ☐ | ☐ | ☐ | ☐ |
| Family System Status | ☐ | ☐ | ☒ | ☐ | ☐ |
| Participates in all aspects of program | ☐ | ☐ | ☒ | ☐ | ☐ |

### TOXICOLOGY (P=positive, N=Negative, L=Lab Pending)

| Date | Amp | Barb | Bez | Coc | Mdma | Meth | Opl | Oxy | Sub | THC | BAC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/17 | N | N | N | N | N | N | N | N | N | HP | 00 |
| 1/26/17 | N | N | N | N | N | N | N | N | N | HP | 00 |
| 2/6/17 | | | | | | | | | | HP | |

Key: THC=THC; HER= heroin; COC=cocaine; BEZ=benzodiazepines; AMP=amphetamines; PCP=PCP; ALC= alcohol; METH=methadone; BARB=barbiturates; PM=prescription medication

### TREATMENT SUMMARY/COMMENTS
(Please be specific and include recommendations, aftercare information, and other relevant progress. Include program's response to identified problems, changes in treatment plan, achievements, and issues with which the court may be able to assist

DX: Cannabis

Michael arrived for scheduled 1:1 session on 2/6/17. He is referred to Stabilization Group 5x per week due to experiencing cannabis use. He appeared calm and cooperative at this point. He did say his plans are to comply with Drug Court and complete outpatient treatment as required. Client will continue to be monitored in treatment. Next 1:1 session is 2/16/17 at 12:30 pm.

# This writer called Med Lab regarding cannabis values for 1/9/17 and 1/26/17; 1/9/17 is 179; 1/26/17 is 160. Tox Report for 2/6/17 not in yet.   #I called again 2/10/17, levels are 113 for 2/6/17.



New York State Unified Court System
Drug Court Treatment Progress Form

| Date of report: 2/21/17 |
| Report Period Covering : See Corrections Below. |
| 0 to 0 |

## CLIENT INFO

| Name | Drug of Choice | Date of Admission | Est. Date of Completion | DKt#/SCI# (Court use only) |
|---|---|---|---|---|
| Worthy, Michael | cannabis | Pending first visit 1/9/17 | To be determine | |

## COURT INFO

| Court | Case Manager | Telephone | Fax |
|---|---|---|---|
| Buffalo | Eileen Logsdon | 716 689-4255 | 716 929-9109 |

## TREATMENT AGENCY

| Treatment Agency Name | Type/Modality | Preparer's Signature |
|---|---|---|
| ECMC-Downtown Clinic | Outpatient | Carl Carter |

| Program Counselor | Program Contact | Contact Telephone |
|---|---|---|
| Carl Carter MS, BSW, CASAC | same | 716-961-6965 |

## RECOMMENDATION

- [x] Maintain Current Tx. Status
- [ ] Referral for Additional Services
- [ ] Consider for Completion
- [ ] Revise Treatment Plan
- [ ] Being Considered for Discharge

## TREATMENT SCHEDULE / TREATMENT ATTENDANCE
(p=present, e=excused, a=absent, l=late (attendance not required for residential))

| Month | Days/Wk (check) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| February | M[x] T[ ] W[x] T[ ] F[x] S[ ] | | | | | | p | p | p | p | c | | | p | e | e | e |
| # Sessions/wk | # hrs/wk | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
| | | | | | | p | | | | | | | | | | | |

## TREATMENT AREAS
(NA=not applicable; E=Excellent, G=Good, I=Improved, NI=No improvement)

| Treatment Areas | N/A | E | G | I | NI |
|---|---|---|---|---|---|
| Attitude toward treatment | ☐ | ☐ | ☒ | ☐ | ☐ |
| Stability of Med/Psych Health | ☐ | ☐ | ☒ | ☐ | ☐ |
| Status of Entitlements | ☐ | ☐ | ☐ | ☐ | ☐ |
| Family System Status | ☐ | ☐ | ☒ | ☐ | ☐ |
| Participates in all aspects of program | ☐ | ☐ | ☒ | ☐ | ☐ |

## TOXICOLOGY (P=positive, N=Negative, L=Lab Pending)

| Date | Amp | Barb | Bez | Coc | Mdma | Meth | Opi | Oxy | Sub | THC | BAC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/6/17 | N | N | N | N | N | N | N | N | N | HP | 00 |
| | N | N | N | N | N | N | N | N | N | N | 00 |

Key: THC=THC; HER= heroin; COC=cocaine; BEZ=benzodiazepines; AMP=amphetamines; PCP=PCP; ALC= alcohol; METH=methadone; BARB=barbiturates; PM=prescription medication

## TREATMENT SUMMARY/COMMENTS
(Please be specific and include recommendations, aftercare information, and other relevant progress. Include program's response to identified problems, changes in treatment plan, achievements, and issues with which the court may be able to assist)

DX: Cannabis

Michael arrived for unscheduled 1:1 session. He reported that he was sanctioned by the court because their tox reports indicated that he was still using. He spent 4 days in jail, and wanted a copy of his tox screens to check if reports from the DTC were the same as Amherst Court. Other than that, he said everything else is ok. I did inform him that I need to see supervisor about release of information and to reschedule him for Stabilization Group. He left urine sample. Next 1:1 session is Thursday March 2, 2017 at 9 am.

**Corrections made on this sheet 2/6/17 HP cannabis.**



— Downtown Clinic

1285 Main Street • Buffalo, New York 14209

Presents this

# AWARD OF ACHIEVEMENT
## TO
### Michael Worthy

Upon successful completion of

At ECMC - Downtown Clinic Outpatient Program

Congratulations!

August 2, 2017

DATE

Carl E. Coty MS CASAC 8/2/17

COUNSELOR

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Michael Worthy

**DEFENDANTS** Eileen Logsdon, Kara Buscaglia, Rob Steinhaus

**(b)** County of Residence of First Listed Plaintiff: Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Erie
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Marked:
- [x] 190 Other Contract
- [x] 440 Other Civil Rights
- [x] 375 False Claims Act

**V. ORIGIN** *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause: Falsifying court Records and conspiracy to cover up

**VII. REQUESTED IN COMPLAINT:**
[x] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 5,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
JUDGE _____ DOCKET NUMBER _____

DATE 11/6/23
SIGNATURE OF ATTORNEY OF RECORD: Michael Worthy

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE LJV MAG. JUDGE _____