Revised 05/01 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

(Name of Plaintiff or Petitioner) **Michael Worthy**

v.

**Amherst Town Court, Drug Court**
(Name of Defendant(s) or Respondent(s))

**MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION**
_____-CV-_____

**23 CV 1159-V**

FILED NOV 6 2023 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

I, **Michael Worthy**, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1. Are you presently employed? Yes ☐ No ☑
   My Employer's Name and Address is: _____
   
   My **Gross** Monthly Wages are: $ **900.00**
   If you are not presently employed, state
       Your Last Date of Employment: _____
       Your Gross Monthly Wages at that time: _____
   Is your spouse presently employed? Yes ☐ No ☑
       My Spouse's Employer's Name and Address is: _____
   
   My Spouse's **Gross** Monthly Wages are $ _____

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes ☐ No ☑
       If yes, state **source** and **amount received** per month $ _____
   b. Rent payments, interest or dividends? Yes ☐ No ☑
       If yes, state **source** and **amount received** per month $ _____
   c. Pensions, annuities, disability, or life insurance payments? Yes ☐ No ☑
       If yes, state **source** and **amount received** per month $ _____
   d. Gifts or inheritances? Yes ☐ No ☑
       If yes, state **source** and **amount** received per month $ _____
   e. Child Support? Yes ☐ No ☑
       If yes, state **amount received** each month $ _____
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ☑ No ☐
       If yes, state **source** and **amount received** per month $ **900.00**
   g. Friends, Relatives or any other source? Yes ☐ No ☑
       If yes, state **source** and **amount received** per month $ _____
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   _____
   _____
   _____

3. What is your total gross monthly income today: $ **900.00**

4. How much **cash** do you have on hand? $ **0**

5. How much money do you have in a **checking account(s)**? $ 0

6. How much money do you have in a **savings account(s)**? $ 0

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE:** prisoners <u>must</u> have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): _____

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ☐ No ☑
   If so, **describe** the property in detail and give an **estimated value** of the property: _____
   
   If you own property, are you paying off a **loan** or **mortgage** on it? Yes ☐ No ☑
   If yes where are you obtaining the money to make such payments: _____

9. If you are not an inmate, state your **total monthly household expenses**:
   Rent or mortgage $ 750.00    Food $ 350.00   Utilities $ 100.00   All other expenses $ 150.00
   If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses
   Rental asistance

10. List all of the people who are in your household and state the amount of money each one contributes to household expenses each month: Myself, 900.00

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: None

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes ☐ No ☑
    If the answer is yes, please include the court and date of filing _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 11/3/23
(Date)

_Michael Worthy_
(Applicant's Signature)

## PRISON CERTIFICATION SECTION
(Required for Prisoner Requests Only; Prisoner Requests <u>Must</u> Have This Section Completed By Prison Official)

I certify that the movant has the sum of $_____ on account to his/her credit at the _____ Correctional Facility where s/he is currently confined.

I further certify that the movant has the following securities to his/her credit according to the institution's records: _____

I further certify that the movant's average account balance was $_____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution